## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER TOMPKINS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-02429-SHL-tmp |
| | ) | |
| CHRISTOPHER BRIDGES, DEF JAM | ) | |
| RECORDINGS, AND JOHN DOES 1–10, | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CLAIMS AGAINST DEFENDANTS WITHOUT PREJUDICE

Before the Court is Chief Magistrate Judge Tu M. Pham's Report and Recommendation for Sua Sponte Dismissal ("R&R"), entered on November 21, 2023, recommending that the Court dismiss all of pro se Plaintiff Christopher Tompkins's claims against Defendants for failure to timely serve the complaint on Defendants and for Tompkins's failure to respond to the Court's Order to Show Cause as to why he did not timely serve Defendants. (ECF No. 10.)

A magistrate judge may submit to a district court judge proposed findings of fact and recommendations that assist in the determination of certain pretrial matters. 28 U.S.C. § 636(b)(1)(A)–(B). Parties can file objections to the proposed findings and recommendations "[w]ithin 14 days after being served with a copy of the recommended disposition." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1)(C). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects; the rest are reviewed for clear error. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes.

More than fourteen days have now passed since the R&R was entered, and Mr. Tompkins failed to file any objections to the R&R.  Since no objections have been filed, the Court reviews the R&R in its entirety for clear error and finds none. Therefore, the Court **ADOPTS** the Chief Magistrate Judge's R&R and **DISMISSES** Tompkins's case without prejudice.

**IT IS SO ORDERED**, this 28th day of February, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE